**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Miranda Tsang                 CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-13636 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

    Respectfully submitted,

/s/ *Rebecca Solarz*

Rebecca Solarz
11 Nov 2020, 14:22:25, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: da7e9e4ad39ce1a24af4ddd61f68dbcbc24547a0602072d770ee4d584f98f0d9