**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**Robert N. Braverman, Esquire**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

---------------------------------------------------------------X
In re:                                          :    Chapter 13
                                                :
Miranda Tsang,                                  :    Case No. 20-13636/AMC
                                                :
                                                :
                                                :
            **Debtor**                          :
---------------------------------------------------------------X

**PRAECIPE TO WITHDRAW DOCUMENT NO. 16**
**AMENDED CHAPTER 13 PLAN**
**FILED ON 11/13/2020**

I, **Robert N. Braverman, Esquire,** counsel to Debtor, **Miranda Tsang,** hereby withdraws

document no. **16**, Amended Chapter 13 Plan, filed on **11/13/2020** in the above referenced matter.

McDowell Law, PC

Dated: November 17, 2020                 *By:/s/***Robert N. Braverman**
                                         **Robert N. Braverman,** Esquire
                                         Attorney for the Debtor