# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Miranda Tsang**                                               Case No.  **20-13636**
Debtor(s)                                                               Chapter   **13**

# PROOF OF SERVICE BY MAIL

I,  **Kristie Gresh** , declare that I am over the age of eighteen years of age and am not a party to this case.

On **November 17, 2020**, I served the Amended Chapter 13 Plan on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

**Americollect**
**Po Box 1566**
**1851 South Alverno Road**
**Manitowoc, WI 54221**

**Citibank**
**Citicorp Credit Srvs/Centralized Bk dept**
**Po Box 790034**
**St Louis, MO 63179**

**Citibank**
**Citicorp Credit Srvs/Centralized Bk dept**
**Po Box 790034**
**St Louis, MO 63179**

**Credit One Bank**
**Attn: Bankruptcy Department**
**Po Box 98873**
**Las Vegas, NV 89193**

**Credit One Bank**
**Attn: Bankruptcy Department**
**Po Box 98873**
**Las Vegas, NV 89193**

**Delaware County Treasurer**
**201 West Front St.**
**Media, PA 19063**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101**

**Main Line Health**
**Attn: Bankruptcy Dept**
**130 South Bryn Mawr Ave**
**Bryn Mawr, PA 19010**

**Main Line Health**
**Attn: Bankruptcy Dept**
**PO Box 780163**
**Philadelphia, PA 19178-0163**

US Bank Trust National Association, Not In Its Ind
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

**Pennsylvania Department of Revenue**
**PO Box 281041**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                                   Best Case Bankruptcy

| |
|---|
| **Harrisburg, PA 17128-1041** |
| **ProCo** <br> **P.O. Box 2462** <br> **Aston, PA 19014** |
| **Radiology Associates of the Main Line** <br> **PO Box 678678** <br> **Dallas, TX 75267-8678** |
| Resurgent Receivables, LLC <br> Resurgent Capital Services <br> PO Box 10587 <br> Greenville, SC 29603-0587 |
| ABS Loan Trust VI <br> c/o Select Portfolio Servicing, Inc. <br> P.O. Box 65250 <br> Salt Lake City, UT 84165-0250 |
| **Shapiro & DeNardo, LLC** <br> **Attn: Morris A. Scott, Esq.** <br> **3600 Horizon Drive** <br> **Suite 150** <br> **King of Prussia, PA 19406** |
| **Specialized Loan Servicing/SLS** <br> **Attn:  Bankruptcy Dept** <br> **8742 Lucent Blvd #300** <br> **Highlands Ranch, CO 80129** |
| **Synchrony Bank/Gap** <br> **Attn:  Bankruptcy Dept** <br> **Po Box 965060** <br> **Orlando, FL 32896** |
| **Township of Haverford** <br> **Attn: Tax Office** <br> **1014 Darby Rd.** <br> **Havertown, PA 19083** |
| **REBECCA ANN SOLARZ** <br> KML Law Group, P.C. <br> 701 Market Street <br> Suite 5000 <br> Philadelphia, PA 19106 |
| Scott F. Waterman, Trustee <br> 2901 St. Lawrence Ave. <br> Suite 100 <br> Reading, PA 19606 |
| Toyota Motor Credit Corporation <br> PO Box 9013 <br> Addison, Texas 75001 |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **November 17, 2020**.

  /s/ Kristie Gresh
**Signature**