# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Miranda Tsang<br>        Debtor | CHAPTER 13 |
| U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee For VRMTG Asset Trust<br>        Movant<br>vs.<br>Miranda Tsang<br>        Debtor<br>Scott F. Waterman, Esquire<br>        Trustee | NO. 20-13636 AMC<br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee For VRMTG Asset Trust, which was filed with the Court on or about November 11, 2020 (Document No. 15).

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

December 1, 2020