United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                          Case No. 20-13636-amc
Miranda Tsang                                                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                      User: admin                                    Page 1 of 3
Date Rcvd: Feb 17, 2021                        Form ID: 155                            Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Miranda Tsang, 1617 Hampton Road, Havertown, PA 19083-2505 |
| 14570705 | + | ABS Loan Trust VI, c/o ANDREW M. LUBIN, Milstead & Associates, 1 East Stow Road, Marlton, NJ 08053-3118 |
| 14570476 | + | ABS Loan Trust VI, c/o Andrew M. Lubin, Esquire, Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14536355 | + | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14545904 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14536359 | + | Main Line Health, Attn: Bankruptcy Dept, 130 South Bryn Mawr Ave, Bryn Mawr, PA 19010-3121 |
| 14536360 | | Main Line Health, Attn: Bankruptcy Dept, PO Box 780163, Philadelphia, PA 19178-0163 |
| 14536361 | + | McDowell Law, PC, 46 West Main St., Maple Shade, NJ 08052-2432 |
| 14536363 | | Pennsylvania Department of Revenue, PO Box 281041, Harrisburg, PA 17128-1041 |
| 14536364 | #+ | ProCo, P.O. Box 2462, Aston, PA 19014-0462 |
| 14536365 | | Radiology Associates of the Main Line, PO Box 678678, Dallas, TX 75267-8678 |
| 14536663 | + | Robert N. Braverman, Esquire, McDowell Law, PC, 46 West Main Street, Maple Shade, NJ 08052-2432 |
| 14536367 | + | Shapiro & DeNardo, LLC, Attn: Morris A. Scott, Esq., 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14536368 | + | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |
| 14536371 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 14547165 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14560046 | + | U.S. Bank Trust National Association et al..., c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14561429 | | US Bank Trust National Association, Not In Its Ind, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 14539133 | | Email/Text: jennifer.chacon@spservicing.com | Feb 18 2021 04:03:00 | ABS Loan Trust VI, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14536354 | | Email/Text: ebn@americollect.com | Feb 18 2021 04:02:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 14536355 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 18 2021 03:44:49 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14536356 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 18 2021 03:37:58 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14567491 | + | Email/Text: steve@bottiglierilaw.com | Feb 18 2021 04:03:00 | Delaware County Tax Claim Bureau, c/o STEPHEN VINCENT BOTTIGLIERI, 66 Euclid Street, Suite C, Woodbury, NJ 08096-4626 |
| 14536357 | + | Email/Text: duffyk@co.delaware.pa.us | Feb 18 2021 04:03:00 | Delaware County Treasurer, 201 West Front St., Media, PA 19063-2797 |
| 14536358 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 18 2021 04:01:00 | Internal Revenue Service, Centralized Insolvency |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14545288 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 18 2021 02:51:33 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14536362 + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 18 2021 02:31:51 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14539088 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 18 2021 03:38:18 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14536366 + | Email/Text: jennifer.chacon@spservicing.com | Feb 18 2021 04:03:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14536369 + | Email/PDF: gecsedi@recoverycorp.com | Feb 18 2021 02:31:47 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14536370 | Email/Text: hdaly@havtwp.org | Feb 18 2021 04:00:00 | Township of Haverford, Attn: Tax Office, 1014 Darby Rd., Havertown, PA 19083 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor ABS Loan Trust VI alubin@milsteadlaw.com  bkecf@milsteadlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank Trust National Association et al... bkgroup@kmllawgroup.com |
| ROBERT NEIL BRAVERMAN | on behalf of Debtor Miranda Tsang rbraverman@mcdowelllegal.com kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Creditor Delaware County Tax Claim Bureau steve@bottiglierilaw.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2    User: admin    Page 3 of 3
Date Rcvd: Feb 17, 2021    Form ID: 155    Total Noticed: 30

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Miranda Tsang
       Debtor(s)

Chapter: 13

Bankruptcy No: 20−13636−amc

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 17th day of February, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                              Ashely M. Chan
                              Judge ,
                              United States Bankruptcy Court

29 − 21
Form 155