**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | Chapter 13 |
| **Miranda Tsang,** | Case No. 20-13636-amc |
| **Debtor.** | Judge: Ashely M. Chan |

**CERTIFICATION OF NO RESPONSE**
**TO APPLICATION OF McDOWELL LAW, PC**
**FOR COMPENSATION**

McDowell Law, PC hereby certifies that no responses or objections have been filed in connection with the Application of McDowell Law, PC for Compensation. The deadline for objections to the Application has passed and as of today no objections or responses have been filed or received by McDowell Law, PC. Therefore, McDowell Law, PC respectfully requests that this Court enter the Order filed with the Application.

McDOWELL LAW, PC

Dated: March 17, 2021

By: */s/ Robert N. Braverman*
Robert N. Braverman, Esq.
46 West Main Street
Maple Shade, NJ 08052
856-482-5544
rbraverman@McDowellLegal.com
*Attorneys for the Debtors*