# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>**Miranda Tsang,**<br><br>Debtor. | Chapter 13<br><br>Case No. 20-13636-amc<br><br>Judge: Ashely M. Chan |
|---|---|

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Application of McDowell Law, PC, Counsel for the Debtor, Miranda Tsang, for Allowance and Disbursement of Compensation, and responses, if any, hereto,

IT IS hereby ORDERED and DECREED that:

1. The Application of McDowell Law, PC, counsel for the Debtor, Miranda Tsang, for allowance and disbursement of compensation (the "Application") is GRANTED; and

2. There shall be awarded to McDowell Law, PC compensation in the amount of **$4,000** for actual and necessary services rendered by it on behalf of the Debtor for the period September 1, 2020 through February 17, 2021.

3. The Debtor paid $1,750 prior to filing the bankruptcy and the balance of $2,250 shall be paid through the Chapter 13 Plan.

BY THE COURT:

**Date: March 22, 2021**

_____
Ashely M. Chan, U.S.B.J.