| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-13636-AMC**

Miranda Tsang
1617 Hampton Road
Havertown  PA    19083

Petition Filed Date: 09/10/2020
341 Hearing Date: 10/16/2020
Confirmation Date: 02/17/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/14/2020 | $950.00 | 26456268431 | 11/12/2020 | $990.00 | 26912324430 | 01/05/2021 | $970.00 | 26926977677 |
| 01/14/2021 | $970.00 | 27071239026 | 02/09/2021 | $970.00 | 27071246081 | 03/17/2021 | $970.00 | 27241306615 |
| 04/20/2021 | $970.00 | 27241314952 | 05/18/2021 | $970.00 | 27241322657 | | | |

**Total Receipts for the Period:  $7,760.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,760.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROBERT NEIL BRAVERMAN ESQ | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 1 | SHERMAN ACQUISITION LP »» 002 | Unsecured Creditors | $1,186.72 | $0.00 | $1,186.72 |
| 2 | SHERMAN ACQUISITION LP »» 003 | Unsecured Creditors | $816.52 | $0.00 | $816.52 |
| 3 | SELECT PORTFOLIO SERVICING INC »» 004 | Mortgage Arrears | $12,001.38 | $895.11 | $11,106.27 |
| 4 | MERRICK BANK »» 005 | Unsecured Creditors | $1,030.46 | $0.00 | $1,030.46 |
| 5 | UNITED STATES TREASURY (IRS) »» 006 | Unsecured Creditors | $1,230.69 | $0.00 | $1,230.69 |
| 6 | TOYOTA MOTOR CREDIT CORP »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | FAY SERVICING LLC »» 008 | Mortgage Arrears | $54,201.56 | $4,042.59 | $50,158.97 |

Chapter 13 Case No. 20-13636-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,760.00 | Current Monthly Payment: | $1,018.00 |
| Paid to Claims: | $7,187.70 | Arrearages: | $288.00 |
| Paid to Trustee: | $572.30 | Total Plan Base: | $75,384.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.