IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, | Bankruptcy No. 20-13636-amc |
| MIRANDA TSANG, | Chapter 13 |
| Debtor, | Document No. |
| TOYOTA MOTOR CREDIT CORPORATION, | |
| Movant, | |
| v. | |
| MIRANDA TSANG, and SCOTT F. WATERMAN, Trustee, Respondents. | |

CERTIFICATE OF SERVICE

     I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the February 17, 2022, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system, at the following addresses:

| | |
|---|---|
| Miranda Tsang 1617 Hampton Road Havertown, PA 19083 | Robert Neil Braverman McDowell Law, PC 46 West Main Street Maple Shade, NJ 08052 |

| | |
|---|---|
| Scott Waterman 2901 St. Lawrence Ave. , Suite 100 Reading, PA 19606 | Office of United States Trustee 200 Chestnut Street, Suite 502 Philadelphia, PA 19106 |

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax (412) 456-8135

Counsel for Toyota Motor Credit Corporation