IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, | Bankruptcy No. 20-13636-amc |
| MIRANDA TSANG, | Chapter 13 |
| Debtor, | Document No. 46 |
| TOYOTA MOTOR CREDIT CORPORATION, | |
| Movant, | |
| v. | |
| MIRANDA TSANG, and SCOTT F. WATERMAN, Trustee, Respondents. | |

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

TO THE CLERK OF COURTS:

Kindly withdraw the Motion for Relief from Stay filed on behalf of Toyota Motor Credit Corporation on February 17, 2022 at Document No. 46. The Debtor has made payment that have brought the account current.

Dated: February 25, 2022

Respectfully submitted,

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112
Fax: 412-456-8135

*Counsel for Toyota Motor Credit Corporation*