**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>Miranda Tsang<br><br>         Debtor(s) | Chapter 13<br><br>Case Number: 20-13636-amc |

## WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

ABS Loan Trust VI (hereinafter "Movant") by its undersigned counsel, hereby withdraws the Motion for Relief from Stay filed on March 31, 2022, without prejudice.

Date: May 4, 2022                                  Respectfully Submitted,

    */s/  Daniel P. Jones*
Daniel P. Jones   FBN: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Attorney for Creditor

**File No.:  PA202200000232**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Withdrawal of Motion for Relief from Automatic Stay was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

Date: May 4, 2022

Robert Neil Braverman
46 West Main Street
Maple Shade, NJ 08002
rbraverman@mcdowelllegal.com
**Counsel for Debtor**

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com
**Bankruptcy Trustee**

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Miranda Tsang
1617 Hampton Road
Havertown, PA 19083
**Debtor(s)**

By:

/s/ Daniel P. Jones
Daniel P. Jones, Bar No: 321876
Stern & Eisenberg Mid Atlantic PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
djones@sterneisenberg.com
Phone: (302) 731-7200
Fax: (215) 572-5025
Counsel for Movant

**File No.:  PA202200000232**