| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-13636-AMC

Miranda Tsang  
1617 Hampton Road  
Havertown  PA    19083

Petition Filed Date: 09/10/2020  
341 Hearing Date: 10/16/2020  
Confirmation Date: 02/17/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $970.00 | 27241314952 | 05/18/2021 | $970.00 | 27241322657 | 07/07/2021 | $970.00 | 27380583977 |
| 07/28/2021 | $970.00 | 27439825858 | 09/15/2021 | $970.00 | 27439849225 | 09/21/2021 | $970.00 | 27439849541 |
| 12/15/2021 | $970.00 | 27661321146 | 01/24/2022 | $970.00 | 27661330124 | 02/15/2022 | $970.00 | 27661335456 |
| 03/14/2022 | $970.00 | 27661343038 | 05/04/2022 | $1,000.00 | 28021376968 | 06/02/2022 | $1,000.00 | 27661349733 |
| 06/02/2022 | $1,000.00 | 27661349744 | 06/02/2022 | $726.00 | 27661349755 | 06/29/2022 | $970.00 | 28021385801 |
| 07/26/2022 | $1,000.00 | 28021388646 | 07/26/2022 | $500.00 | 28021388657 | 07/26/2022 | $584.00 | 28021388668 |

**Total Receipts for the Period: $16,480.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $22,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROBERT NEIL BRAVERMAN ESQ | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 1 | SHERMAN ACQUISITION LP »» 002 | Unsecured Creditors | $1,186.72 | $0.00 | $1,186.72 |
| 2 | SHERMAN ACQUISITION LP »» 003 | Unsecured Creditors | $816.52 | $0.00 | $816.52 |
| 3 | SELECT PORTFOLIO SERVICING INC »» 004 | Mortgage Arrears | $12,001.38 | $2,958.46 | $9,042.92 |
| 4 | MERRICK BANK »» 005 | Unsecured Creditors | $1,030.46 | $0.00 | $1,030.46 |
| 5 | UNITED STATES TREASURY (IRS) »» 006 | Unsecured Creditors | $1,230.69 | $0.00 | $1,230.69 |
| 6 | TOYOTA MOTOR CREDIT CORP »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | FAY SERVICING LLC »» 008 | Mortgage Arrears | $54,201.56 | $13,361.16 | $40,840.40 |

Chapter 13 Case No. 20-13636-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $22,300.00 | Current Monthly Payment: | $1,018.00 |
| Paid to Claims: | $18,569.62 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,813.10 | Total Plan Base: | $75,384.00 |
| Funds on Hand: | $1,917.28 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.