**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>　　Miranda Tsang,<br><br>　　　　　　Debtor. | Chapter 13<br><br>Case No. 20-13636-amc<br><br>Judge: Ashely M. Chan |

**CERTIFICATION OF NO RESPONSE**
**TO SUPPLEMENTAL APPLICATION OF McDOWELL LAW, PC**
**FOR COMPENSATION AFTER CONFIRMATION**

　　McDowell Law, PC hereby certifies that no responses or objections have been filed in connection with the Supplemental Application of McDowell Law, PC for Compensation after Confirmation filed October 6, 2022. The deadline for objections to the Application has passed and as of today no objections or responses have been filed or received by McDowell Law, PC. Therefore, McDowell Law, PC respectfully requests that this Court enter the Order filed with the Application.

　　　　　　　　　　　　　　　　　　　　　　　　McDOWELL LAW, PC

Dated: October 27, 2022　　　　　　　　　　　By: */s/ Robert N. Braverman*
　　　　　　　　　　　　　　　　　　　　　　　　Robert N. Braverman, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　46 West Main Street
　　　　　　　　　　　　　　　　　　　　　　　　Maple Shade, NJ 08052
　　　　　　　　　　　　　　　　　　　　　　　　856-482-5544
　　　　　　　　　　　　　　　　　　　　　　　　rbraverman@McDowellLegal.com
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for the Debtor*