# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>Miranda Tsang,<br><br>Debtor. | Chapter 13<br><br>Case No. 20-13636-amc<br><br>Judge: Ashely M. Chan |
|---|---|

## ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of the Supplemental Application of McDowell Law, PC, Counsel for the Debtor, Miranda Tsang, for Allowance and Disbursement of Compensation After Confirmation, and responses, if any, hereto,

IT IS hereby ORDERED and DECREED that:

1. The Supplemental Application of McDowell Law, PC, counsel for the Debtor, Miranda Tsang, for allowance and disbursement of compensation after confirmation (the "Application") is GRANTED; and

2. There shall be awarded to McDowell Law, PC compensation in the amount of **$750** for actual and necessary post- confirmation services rendered by it on behalf of the Debtor for the period March 31, 2022 through July 21, 2022.

3. The Debtor paid $1,750 prior to filing the bankruptcy and $2,250 was disbursed to the Applicant pursuant to the March 22, 2021 Order Granting Application for Compensation (docket #38). The Supplemental Fee in the amount of $750 shall be paid through the Chapter 13 Plan.

BY THE COURT:

**Date: November 9, 2022**

_____
Ashely M. Chan, U.S.B.J.