United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13636-amc |
| Miranda Tsang | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 09, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Miranda Tsang, 1617 Hampton Road, Havertown, PA 19083-2505 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association et al... bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor US Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DANIEL P. JONES | on behalf of Creditor ABS Loan Trust VI djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| ROBERT NEIL BRAVERMAN | on behalf of Debtor Miranda Tsang rbraverman@mcdowelllegal.com kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 09, 2022 | Form ID: pdf900 | Total Noticed: 1

ROGER FAY
    on behalf of Creditor ABS Loan Trust VI rfay@milsteadlaw.com bkecf@milsteadlaw.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Creditor Delaware County Tax Claim Bureau steve@bottiglierilaw.com
    ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

STEVEN K. EISENBERG
    on behalf of Creditor ABS Loan Trust VI seisenberg@sterneisenberg.com bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Miranda Tsang,<br><br>Debtor. | Chapter 13<br><br>Case No. 20-13636-amc<br><br>Judge: Ashely M. Chan |

## ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of the Supplemental Application of McDowell Law, PC, Counsel for the Debtor, Miranda Tsang, for Allowance and Disbursement of Compensation After Confirmation, and responses, if any, hereto,

IT IS hereby ORDERED and DECREED that:

1. The Supplemental Application of McDowell Law, PC, counsel for the Debtor, Miranda Tsang, for allowance and disbursement of compensation after confirmation (the "Application") is GRANTED; and

2. There shall be awarded to McDowell Law, PC compensation in the amount of **$750** for actual and necessary post- confirmation services rendered by it on behalf of the Debtor for the period March 31, 2022 through July 21, 2022.

3. The Debtor paid $1,750 prior to filing the bankruptcy and $2,250 was disbursed to the Applicant pursuant to the March 22, 2021 Order Granting Application for Compensation (docket #38). The Supplemental Fee in the amount of $750 shall be paid through the Chapter 13 Plan.

BY THE COURT:

**Date: November 9, 2022**

_____
Ashely M. Chan, U.S.B.J.