# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Miranda Tsang**
Debtor(s)

Case No. **20-13636**
Chapter **13**

# PROOF OF SERVICE BY MAIL

I, **Kristie Gresh**, declare that I am over the age of eighteen years of age and am not a party to this case.

On **December 13, 2022**, I served the Amended Chapter 13 Plan on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

**Americollect**
Po Box 1566
1851 South Alverno Road
Manitowoc, WI 54221

**Citibank**
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

**Citibank**
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

**Credit One Bank**
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

**Credit One Bank**
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

**Delaware County Treasurer**
201 West Front St.
Media, PA 19063

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

**Main Line Health**
Attn: Bankruptcy Dept
130 South Bryn Mawr Ave
Bryn Mawr, PA 19010

**Main Line Health**
Attn: Bankruptcy Dept
PO Box 780163
Philadelphia, PA 19178-0163

US Bank Trust National Association, Not In Its Ind
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

**Pennsylvania Department of Revenue**
PO Box 281041

| |
|---|
| **Harrisburg, PA 17128-1041** |
| **ProCo**<br>**P.O. Box 2462**<br>**Aston, PA 19014** |
| **Radiology Associates of the Main Line**<br>**PO Box 678678**<br>**Dallas, TX 75267-8678** |
| Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| ABS Loan Trust VI<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |
| **Shapiro & DeNardo, LLC**<br>**Attn: Morris A. Scott, Esq.**<br>**3600 Horizon Drive**<br>**Suite 150**<br>**King of Prussia, PA 19406** |
| **Specialized Loan Servicing/SLS**<br>**Attn:  Bankruptcy Dept**<br>**8742 Lucent Blvd #300**<br>**Highlands Ranch, CO 80129** |
| **Synchrony Bank/Gap**<br>**Attn:  Bankruptcy Dept**<br>**Po Box 965060**<br>**Orlando, FL 32896** |
| **Township of Haverford**<br>**Attn: Tax Office**<br>**1014 Darby Rd.**<br>**Havertown, PA 19083** |
| # REBECCA ANN SOLARZ |
| KML Law Group, P.C. |
| 701 Market Street |
| Suite 5000 |
| Philadelphia, PA 19106 |
| Scott F. Waterman, Trustee |
| 2901 St. Lawrence Ave. |
| Suite 100 |
| Reading, PA 19606 |
| Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001 |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **December 13, 2022**.

  /s/ Kristie Gresh
**Signature**