## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:             :        CHAPTER 13

MIRANDA TSANG,               :        CASE #20-13636-amc

                             :        **NOTICE OF MOTION TO
                                      SELL REAL ESTATE**

TO:    All Parties in Interest on the Attached List

     The debtor, Miranda Tsang, has filed papers with the Court seeking to sell real property in the above entitled matter.  **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

     If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the motion then <u>on or before February 7, 2023</u>, you or your attorney must:

     File with the Court a written request for a hearing or, if the Court requires a written response, an answer, explaining your position at the U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA 19107.  If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

                 Robert N. Braverman, Esquire
                 McDowell Law, PC
                 46 West Main Street
                 Maple Shade, NJ 08052

Attend the hearing scheduled to be held on <u>February 14, 2023 at 1:00 p.m.</u> in the Courtroom #4, U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA 19107.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

MCDOWELL LAW, PC
Attorneys for Debtor

DATED:  January 17, 2023          BY:  <u>/s/ Robert N. Braverman</u>
                                  ROBERT N. BRAVERMAN, ESQUIRE