# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: **Miranda Tsang**, Debtor(s)

Case No. **20-13636**
Chapter **13**

## PROOF OF SERVICE BY MAIL

I, **Kristie Gresh**, declare that I am over the age of eighteen years of age and am not a party to this case.

On **January 26, 2023**, I served the Notice of Motion to Sell, Motion to Sell, Exhibit and Proposed Order Alomng with the Notice of Hearing Date Change on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

**Americollect**
Po Box 1566
1851 South Alverno Road
Manitowoc, WI 54221

**Citibank**
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

**Citibank**
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

**Credit One Bank**
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

**Credit One Bank**
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

**Delaware County Treasurer**
201 West Front St.
Media, PA 19063

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

**Main Line Health**
Attn: Bankruptcy Dept
130 South Bryn Mawr Ave
Bryn Mawr, PA 19010

**Main Line Health**
Attn: Bankruptcy Dept
PO Box 780163
Philadelphia, PA 19178-0163

US Bank Trust National Association, Not In Its Ind
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

**Pennsylvania Department of Revenue**

| |
|---|
| **PO Box 281041**<br>**Harrisburg, PA 17128-1041** |
| **ProCo**<br>**P.O. Box 2462**<br>**Aston, PA 19014** |
| **Radiology Associates of the Main Line**<br>**PO Box 678678**<br>**Dallas, TX 75267-8678** |
| Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| ABS Loan Trust VI<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |
| **Shapiro & DeNardo, LLC**<br>**Attn: Morris A. Scott, Esq.**<br>**3600 Horizon Drive**<br>**Suite 150**<br>**King of Prussia, PA 19406** |
| **Specialized Loan Servicing/SLS**<br>**Attn:  Bankruptcy Dept**<br>**8742 Lucent Blvd #300**<br>**Highlands Ranch, CO 80129** |
| **Synchrony Bank/Gap**<br>**Attn:  Bankruptcy Dept**<br>**Po Box 965060**<br>**Orlando, FL 32896** |
| **Township of Haverford**<br>**Attn: Tax Office**<br>**1014 Darby Rd.**<br>**Havertown, PA 19083** |
| # REBECCA ANN SOLARZ<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 |
| Scott F. Waterman, Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 |
| Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001 |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **January 26, 2023**.

  /s/ Kristie Gresh
**Signature**