# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| MIRANDA TSANG, | : | CASE #20-13636-amc |
| | : | Hearing Date: February 15, 2023 |
| Debtor. | : | **CERTIFICATE OF NO OBJECTION** |

ROBERT N. BRAVERMAN, ESQUIRE, of full age, does hereby certify as follows:

1. On January 9, 2020, the debtor filed a Chapter 13 Bankruptcy Petition in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

2. On January 18, 2023, a Motion to Sell Real Property supporting Certification and proposed Order were electronically filed with the court.

3. On January 18, 2023, a copy of the moving papers were mailed to all creditors involved in the above matter.

4. To date, no objections have been received regarding the Motion to Sell Real Estate.

5. Consequently, it is respectfully submitted that the Motion to Sell Real Estate be allowed.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

MCDOWELL LAW, PC
Attorneys for debtor.

DATED:  February 8, 2023          BY:  /s/ Robert N. Braverman
                                       ROBERT N. BRAVERMAN, ESQ.