**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| MIRANDA TSANG, | : | CASE #20-13636-amc |
| Debtor. | : | Hearing Date: February 14, 2023 |
| | : | **ORDER AUTHORIZING SALE OF PROPERTY AND APPROVING PAYMENT OF REAL ESTATE COMMISSIONS** |
| | : | |

**AND NOW,** this \_\_\_\_16th\_\_\_\_ day of \_February\_, 2023, upon consideration of the Motion to Sell Real Property filed by debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is granted permission to sell his/her real property located at 12261 Foresman Blvd., Port Charlotte FL 33981 ("Property"), free and clear of all liens, for the sale price of $26,000.00, pursuant to the terms of a certain real estate agreement of sale to the buyer(s) thereunder, Christopher J. Muir, Jr . ("Buyer"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters | $3,180.00 |
| 2. | Liens paid at closing - | $0.00 |
| 3. | Real estate taxes, sewer, trash and/or other such items | $0.00 |
| 4. | Property repairs, if any | $0.00 |
| 5. | Real estate commission, at no greater than 7% | $1,820.00 |
| 6. | Attorney's fees, if any | $0.00 |

| | | |
|---|---|---:|
| 7. | Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement | $0.00 |
| 8. | Other | $0.00 |
| | TOTAL | $5,000.00 |

After paying all liens in full and all costs of sale, the title clerk shall pay to Scott F. Waterman, Chapter 13 standing trustee, the balance of the sales proceeds, if any, approximately $24,180.00, to be distributed by the standing trustee to all filed and allowed claims.

The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

BY THE COURT

**HONORABLE ASHELY M. CHAN
BANKRUPTCY JUDGE**