**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>Miranda Tsang,<br>　　　　　Debtor, | Chapter 13<br><br>Case No.: 20-13636-amc |
| Select Portfolio Servicing, Inc. as servicing agent for ABS Loan Trust VI,<br>　　　　　Movant,<br>vs.<br>Miranda Tsang,<br>　　　　　Debtor / Respondent,<br>and<br>SCOTT F. WATERMAN,<br>　　　　　Trustee / Respondent. | Hearing Date: April 19, 2023<br>Time: 11:00 a.m. |

\* \* \* \* \* \* \*

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

　　　　Select Portfolio Servicing, Inc. as servicing agent for ABS Loan Trust VI has filed a Motion for Relief from the Automatic Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

　　　　**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

　　　　1.　　If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **April 6, 2023,** you or your attorney must do <u>all</u> of the following:

　　　　　　(a)　　file an answer explaining your position at:

　　　　　　　　United States Bankruptcy Court
　　　　　　　　Eastern District of Pennsylvania
　　　　　　　　Office of the Clerk
　　　　　　　　900 Market Street, Suite 400
　　　　　　　　Philadelphia, PA 19107

  (b) mail a copy to the Movant's attorney:

   Roger Fay, Esquire
   Milstead & Associates, LLC
   1 East Stow Road
   Marlton, NJ 08053
   Phone No.: 856-482-1400
   Fax No.: 856-482-9190

  (c) mail a copy to the Chapter 13 Trustee:

   SCOTT F. WATERMAN
   Chapter 13 Trustee
   2901 St. Lawrence Ave.
   Suite 100
   Reading, PA 19606

  2. If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

  3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on **April 19, 2023 at 11:00 a.m.** in Courtroom 4 of the Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

  4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

       Respectfully submitted,
       MILSTEAD & ASSOCIATES, LLC

DATED: March 20, 2023     /s/ Roger Fay, Esq., ID No. 315987
       rfay@milsteadlaw.com
       14000 Commerce Parkway, Suite H
       Mount Laurel, NJ 08054
       Attorneys for Movant