**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Miranda Tsang                      Bankruptcy No. 20-13636

        Debtor                                    Chapter 13

## CERTIFICATION OF SERVICE

I, Kristie Gresh, Paralegal to Robert N. Braverman, Esquire, attorney for the Debtor in the above-captioned matter do hereby certify that I sent to the Trustee, Scott Waterman, Esquire and Attorney Roger Fay, Esquire true and correct copy of the Response to Certification of Default by first class mail on March 21, 2023

                                    /s/ Kristie M. Gresh
                                    Kristie M. Gresh, Paralegal to
                                    Robert N. Braverman, Esquire
                                    McDowell Law, PC
                                    46 West Main Street
                                    Maple Shade, NJ 08052