# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Miranda Tsang          Bankruptcy No. 20-13636-amc

    Debtor Chapter 13

### ANSWER TO CREDITOR'S CERTIFICATION OF DEFAULT

Miranda Tsang, through her attorney, Robert N. Braverman, Esquire, answers Movant's Certification of Default and sets forth in support thereof as follows:

The debtor(s) has the means to come current.

WHEREFORE, Debtor prays that Movant's Certification of Default be DENIED.

Respectfully submitted,

/s/ Robert N. Braverman

Date: May 10, 2023

Robert N. Braverman, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052