*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Miranda Tsang
    Debtor(s)

Case No: 20–13636–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge to consider:

Certification of Default
and
Objection to Certification of Default

on: 6/28/23

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 5/11/23

Timothy B. McGrath
Clerk of Court

112 – 110, 111
Form 167