United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13636-amc |
| Miranda Tsang | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 11, 2023 | Form ID: 167 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Miranda Tsang, 1617 Hampton Road, Havertown, PA 19083-2505 |
| 14570705 | + | ABS Loan Trust VI, c/o ANDREW M. LUBIN, Milstead & Associates, 1 East Stow Road, Marlton, NJ 08053-3118 |
| 14570476 | + | ABS Loan Trust VI, c/o Andrew M. Lubin, Esquire, Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14671117 | + | ABS Loan Trust VI, c/o STEVEN K. EISENBERG, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14536359 | + | Main Line Health, Attn: Bankruptcy Dept, 130 South Bryn Mawr Ave, Bryn Mawr, PA 19010-3121 |
| 14536360 | | Main Line Health, Attn: Bankruptcy Dept, PO Box 780163, Philadelphia, PA 19178-0163 |
| 14536361 | + | McDowell Law, PC, 46 West Main St., Maple Shade, NJ 08052-2432 |
| 14536363 | | Pennsylvania Department of Revenue, PO Box 281041, Harrisburg, PA 17128-1041 |
| 14536365 | | Radiology Associates of the Main Line, PO Box 678678, Dallas, TX 75267-8678 |
| 14536663 | + | Robert N. Braverman, Esquire, McDowell Law, PC, 46 West Main Street, Maple Shade, NJ 08052-2432 |
| 14536367 | + | Shapiro & DeNardo, LLC, Attn: Morris A. Scott, Esq., 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14536370 | ++ | TOWNSHIP OF HAVERFORD, 1014 Darby Rd, Havertown PA 19083-3616 address filed with court:, Township of Haverford, Attn: Tax Office, 1014 Darby Rd., Havertown, PA 19083 |
| 14560046 | + | U.S. Bank Trust National Association et al..., c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: duffyk@co.delaware.pa.us | May 11 2023 23:59:00 | Delaware County Tax Claim Bureau, 201 W. Front Street, Media, PA 19063-2768 |
| 14671117 | | ^ MEBN | May 11 2023 23:56:36 | ABS Loan Trust VI, c/o STEVEN K. EISENBERG, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14539133 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 11 2023 23:59:00 | ABS Loan Trust VI, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14536354 | | Email/Text: ebn@americollect.com | May 11 2023 23:59:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 14536355 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 12 2023 00:03:07 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14536356 | + | Email/PDF: creditonebknotifications@resurgent.com | May 12 2023 00:03:06 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14567491 | + | Email/Text: steve@bottiglierilaw.com | May 11 2023 23:59:00 | Delaware County Tax Claim Bureau, c/o STEPHEN VINCENT BOTTIGLIERI, 66 Euclid Street, Suite C, Woodbury, NJ 08096-4626 |
| 14536357 | + | Email/Text: duffyk@co.delaware.pa.us | May 11 2023 23:59:00 | Delaware County Treasurer, 201 West Front St., |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 11, 2023 | Form ID: 167 | Total Noticed: 31 |

| Recip ID | | Notice method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Media, PA 19063-2797 |
| 14536358 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 11 2023 23:58:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14545904 | | Email/Text: BankruptcyECFMail@mccalla.com | May 11 2023 23:58:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14545288 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 12 2023 00:13:33 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14536362 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 12 2023 00:03:06 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14539088 | | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2023 00:03:06 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14536366 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 11 2023 23:59:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14536368 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 11 2023 23:58:00 | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |
| 14536369 | + | Email/PDF: gecsedi@recoverycorp.com | May 12 2023 00:03:07 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14536371 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 11 2023 23:58:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 14547165 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 11 2023 23:58:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14561429 | ^ | MEBN | May 11 2023 23:56:25 | US Bank Trust National Association, Not In Its Ind, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14536364 | ##+ | ProCo, P.O. Box 2462, Aston, PA 19014-0462 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 13, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor US Bank Trust National Association not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association et al... bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DANIEL P. JONES | on behalf of Creditor ABS Loan Trust VI djones@sterneisenberg.com bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor US Bank Trust National Association not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust bkgroup@kmllawgroup.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| ROBERT NEIL BRAVERMAN | on behalf of Debtor Miranda Tsang rbraverman@mcdowelllegal.com kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| ROGER FAY | on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for ABS Loan Trust VI rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| ROGER FAY | on behalf of Creditor ABS Loan Trust VI rfay@milsteadlaw.com bkecf@milsteadlaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com |
| STEVEN K. EISENBERG | on behalf of Creditor ABS Loan Trust VI seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Miranda Tsang
    Debtor(s)

Case No: 20−13636−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default
and
Objection to Certification of Default

on: 6/28/23

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  5/11/23

Timothy B. McGrath
Clerk of Court

112 − 110, 111
Form 167