## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Miranda Tsang,<br>　　　　　　Debtor, | Chapter 13<br><br>Case No.: 20-13636-amc |
| Select Portfolio Servicing, Inc. as servicing agent for ABS Loan Trust VI,<br>　　　　　　Movant,<br>vs.<br>Miranda Tsang,<br>　　　　　　Debtor / Respondent,<br>and<br>SCOTT F. WATERMAN,<br>　　　　　　Trustee / Respondent. | |

## ORDER

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on June 30, 2023 with regard to the above matter is APPROVED.

_____
Hon. Ashely M. Chan, U.S.B.J.

**Date: July 7, 2023**

229840-6