# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Miranda Tsang | CASE NO: 2013636<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/11/2023, I did cause a copy of the following documents, described below,

Amended Plan - Post Confirmation

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/11/2023

/s/ Kristie Gresh
Kristie Gresh

McDowell Law, PC
46 West Main Street
MAPLE SHADE, NJ  08052
856 482 5544
kgresh@mcdowelllegal.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Miranda Tsang | CASE NO: 2013636<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 7/11/2023, a copy of the following documents, described below,

Amended Plan - Post Confirmation

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/11/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kristie Gresh
McDowell Law, PC
46 West Main Street
MAPLE SHADE, NJ  08052

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

AMERICOLLECT
PO BOX 1566
1851 SOUTH ALVERNO ROAD
MANITOWOC, WI 54221

CITIBANK
CITICORP CREDIT SRVS/CENTRALIZED BK DEPT
PO BOX 790034
ST LOUIS, MO 63179

CITIBANK
CITICORP CREDIT SRVS/CENTRALIZED BK DEPT
PO BOX 790034
ST LOUIS, MO 63179

CREDIT ONE BANK
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 98873
LAS VEGAS, NV 89193

CREDIT ONE BANK
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 98873
LAS VEGAS, NV 89193

DELAWARE COUNTY TREASURER
201 WEST FRONT ST.
MEDIA, PA 19063

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101

MAIN LINE HEALTH
ATTN: BANKRUPTCY DEPT
130 SOUTH BRYN MAWR AVE
BRYN MAWR, PA 19010

MAIN LINE HEALTH
ATTN: BANKRUPTCY DEPT
PO BOX 780163
PHILADELPHIA, PA 19178-0163

US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS IND
FAY SERVICING, LLC
PO BOX 814609
DALLAS, TX 75381-4609

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE, SC 29603-0368

PENNSYLVANIA DEPARTMENT OF REVENUE
PO BOX 281041
HARRISBURG, PA 17128-1041

PROCO
P.O. BOX 2462
ASTON, PA 19014

RADIOLOGY ASSOCIATES OF THE MAIN LINE
PO BOX 678678
DALLAS, TX 75267-8678

RESURGENT RECEIVABLES, LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

ABS LOAN TRUST VI
C/O SELECT PORTFOLIO SERVICING, INC.
P.O. BOX 65250
SALT LAKE CITY, UT 84165-0250

SHAPIRO & DENARDO, LLC
ATTN: MORRIS A. SCOTT, ESQ.
3600 HORIZON DRIVE
SUITE 150
KING OF PRUSSIA, PA 19406

SPECIALIZED LOAN SERVICING/SLS
ATTN:  BANKRUPTCY DEPT
8742 LUCENT BLVD #300
HIGHLANDS RANCH, CO 80129

SYNCHRONY BANK/GAP
ATTN:  BANKRUPTCY DEPT
PO BOX 965060
ORLANDO, FL 32896

TOWNSHIP OF HAVERFORD
ATTN: TAX OFFICE
1014 DARBY RD.
HAVERTOWN, PA 19083

REBECCA ANN SOLARZ
KML LAW GROUP, P.C.
701 MARKET STREET
SUITE 5000
PHILADELPHIA, PA 19106

SCOTT F. WATERMAN, TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 9013
ADDISON, TEXAS 75001