# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| Miranda Tsang | : | CASE # 20-13636 |
| Debtor(s). | : | **PRAECIPE TO WITHDRAW MODIFIED PLAN** |

Miranda Tsang, debtor(s) herein, by and through their attorneys, MCDOWELL LAW, PC respectfully request:

That the Court withdraw the Modified Plan filed by Robert N. Braverman, Esquire on July 11, 2023 (DOCKET NO. 126 on behalf of debtor.

                    McDOWELL LAW, PC
                    Attorneys for Debtor(s),

                    By: /s/ Robert N. Braverman

DATED: July 18, 2023                  ROBERT N. BRAVERMAN, ESQUIRE