# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| Miranda Tsang | : | CASE # 20-13636 |
| Debtor(s). | : | **PRAECIPE TO WITHDRAW MODIFIED PLAN** |

Miranda Tsang, debtor(s) herein, by and through their attorneys, MCDOWELL LAW, PC respectfully request:

That the Court withdraw the Modified Plan filed by Robert N. Braverman, Esquire on July 25, 2023 (DOCKET NO. 133) on behalf of debtor.

          McDOWELL LAW, PC
          Attorneys for Debtor(s),

          By: /s/ Robert N. Braverman
DATED: August 8, 2023      ROBERT N. BRAVERMAN, ESQUIRE