# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 20-13636 |
|---|---|
| Miranda Tsang | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 8/9/2023, I did cause a copy of the following documents, described below,

Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/9/2023

/s/ Kristie Gresh
Kristie Gresh

McDowell Law, PC
46 West Main Street
MAPLE SHADE, NJ  08052
856 482 5544
kgresh@mcdowelllegal.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Miranda Tsang | CASE NO: 20-13636<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 8/9/2023, a copy of the following documents, described below,

Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/9/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kristie Gresh
McDowell Law, PC
46 West Main Street
MAPLE SHADE, NJ  08052

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| AMERICOLLECT<br>PO BOX 1566<br>1851 SOUTH ALVERNO ROAD<br>MANITOWOC, WI 54221 | CITIBANK<br>CITICORP CREDIT SRVS/CENTRALIZED BK DEPT<br>PO BOX 790034<br>ST LOUIS, MO 63179 | CITIBANK<br>CITICORP CREDIT SRVS/CENTRALIZED BK DEPT<br>PO BOX 790034<br>ST LOUIS, MO 63179 |
| CREDIT ONE BANK<br>ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 98873<br>LAS VEGAS, NV 89193 | CREDIT ONE BANK<br>ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 98873<br>LAS VEGAS, NV 89193 | DELAWARE COUNTY TREASURER<br>201 WEST FRONT ST.<br>MEDIA, PA 19063 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101 | MAIN LINE HEALTH<br>ATTN: BANKRUPTCY DEPT<br>130 SOUTH BRYN MAWR AVE<br>BRYN MAWR, PA 19010 | MAIN LINE HEALTH<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 780163<br>PHILADELPHIA, PA 19178-0163 |
| US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS IND<br>FAY SERVICING, LLC<br>PO BOX 814609<br>DALLAS, TX 75381-4609 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC 29603-0368 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>PO BOX 281041<br>HARRISBURG, PA 17128-1041 |
| PROCO<br>P.O. BOX 2462<br>ASTON, PA 19014 | RADIOLOGY ASSOCIATES OF THE MAIN LINE<br>PO BOX 678678<br>DALLAS, TX 75267-8678 | RESURGENT RECEIVABLES, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 |
| ABS LOAN TRUST VI<br>C/O SELECT PORTFOLIO SERVICING, INC.<br>P.O. BOX 65250<br>SALT LAKE CITY, UT 84165-0250 | SHAPIRO & DENARDO, LLC<br>ATTN: MORRIS A. SCOTT, ESQ.<br>3600 HORIZON DRIVE<br>SUITE 150<br>KING OF PRUSSIA, PA 19406 | SPECIALIZED LOAN SERVICING/SLS<br>ATTN:  BANKRUPTCY DEPT<br>8742 LUCENT BLVD #300<br>HIGHLANDS RANCH, CO 80129 |
| SYNCHRONY BANK/GAP<br>ATTN:  BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO, FL 32896 | TOWNSHIP OF HAVERFORD<br>ATTN: TAX OFFICE<br>1014 DARBY RD.<br>HAVERTOWN, PA 19083 | REBECCA ANN SOLARZ<br>KML LAW GROUP, P.C.<br>701 MARKET STREET SUITE 5000<br>PHILADELPHIA, PA 19106 |
| SCOTT F. WATERMAN, TRUSTEE<br>2901 ST. LAWRENCE AVE.<br>SUITE 100<br>READING, PA 19606 | TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 9013<br>ADDISON, TEXAS 75001 | |