## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:  :  CHAPTER 13

MIRANDA TSANG,  :  CASE #20-13636-amc

    Debtor.  :  ~~Hearing Date: October 19, 2022~~

## ORDER MODIFYING CHAPTER 13 PLAN, POST-CONFIRMATION

This matter having been opened to the Court by ROBERT N. BRAVERMAN, ESQUIRE, of McDOWELL LAW PC attorneys for debtor, MIRANDA TSANG, pursuant to a Notice of Motion Seeking Order Modifying debtor's Chapter 13 Plan, Post-Confirmation, and the Court having reviewed the documents filed herein and having heard the arguments of counsel, and for good cause shown;

It is on this __9th__ day of __August, 2023__, ~~2022~~ ORDERED that Debtor's Modified Chapter 13 Plan is hereby approved.

_____
HONORABLE ASHELY M. CHAN, USBJ