Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-13636-AMC**

Miranda Tsang  
1617 Hampton Road  
Havertown  PA    19083

Petition Filed Date: 09/10/2020  
341 Hearing Date: 10/16/2020  
Confirmation Date: 02/17/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/16/2022 | $636.00 | 28194681554 | 09/16/2022 | $700.00 | 27909287201 | 09/16/2022 | $700.00 | 27909287190 |
| 03/06/2023 | $22,215.10 | 5301247779  F | | | | | | |

**Total Receipts for the Period: $24,251.10    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $46,551.10**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ROBERT NEIL BRAVERMAN ESQ | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 1 | RESURGENT CAPITAL SERVICES »» 002 | Unsecured Creditors | $1,186.72 | $0.00 | $1,186.72 |
| 2 | RESURGENT CAPITAL SERVICES »» 003 | Unsecured Creditors | $816.52 | $0.00 | $816.52 |
| 3 | SELECT PORTFOLIO SERVICING INC »» 004 | Mortgage Arrears | $12,001.38 | $3,645.59 | $8,355.79 |
| 4 | MERRICK BANK »» 005 | Unsecured Creditors | $1,030.46 | $0.00 | $1,030.46 |
| 5 | UNITED STATES TREASURY (IRS) »» 006 | Unsecured Creditors | $1,230.69 | $0.00 | $1,230.69 |
| 6 | TOYOTA MOTOR CREDIT CORP »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | FAY SERVICING LLC »» 008 | Mortgage Arrears | $54,201.56 | $16,464.43 | $37,737.13 |
| 0 | ROBERT NEIL BRAVERMAN ESQ | Attorney Fees | $750.00 | $0.00 | $750.00 |

Chapter 13 Case No. 20-13636-AMC

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $46,551.10 | Current Monthly Payment: | $1,018.00 |
| Paid to Claims: | $22,360.02 | Arrearages: | ($11,017.10) |
| Paid to Trustee: | $3,753.19 | Total Plan Base: | $75,384.00 |
| Funds on Hand: | $20,437.89 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.