# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Miranda Tsang,<br>　　　　　Debtor, | Chapter 13<br><br>Case No.: 20-13636-amc |
| Select Portfolio Servicing, Inc. as servicing agent for ABS Loan Trust VI,<br>　　　　　Secured Creditor,<br>vs.<br>Miranda Tsang,<br>　　　　　Debtor / Respondent,<br>and<br>SCOTT F. WATERMAN,<br>　　　　　Trustee / Respondent. | |

## ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY

AND NOW, this __20th__ day of __October_____, 2023, it is hereby

**ORDERED** that Select Portfolio Servicing, Inc. as servicing agent for ABS Loan Trust VI is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 to permit Secured Creditor, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 1617 Hampton Rd, Havertown, PA 19083;

**ORDERED** that Secured Creditor shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Ashely M. Chan, U.S.B.J.

cc:　　Roger Fay, Esquire
　　　Robert Neil Braverman, Esquire
　　　SCOTT F. WATERMAN, Trustee
　　　Miranda Tsang