United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 20-13636-amc

Miranda Tsang  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 20, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Miranda Tsang, 1617 Hampton Road, Havertown, PA 19083-2505 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association et al... bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor US Bank Trust National Association not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DANIEL P. JONES | on behalf of Creditor ABS Loan Trust VI djones@sterneisenberg.com bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor US Bank Trust National Association not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust bkgroup@kmllawgroup.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 20, 2023 | Form ID: pdf900 | Total Noticed: 1 |

ROBERT NEIL BRAVERMAN
 on behalf of Debtor Miranda Tsang rbraverman@mcdowelllegal.com
 kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

ROGER FAY
 on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for ABS Loan Trust VI rfay@alaw.net, bkecf@milsteadlaw.com

ROGER FAY
 on behalf of Creditor ABS Loan Trust VI rfay@alaw.net bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
 ECFMail@ReadingCh13.com

STEPHEN VINCENT BOTTIGLIERI
 on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com
 ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

STEVEN K. EISENBERG
 on behalf of Creditor ABS Loan Trust VI seisenberg@sterneisenberg.com bkecf@sterneisenberg.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Miranda Tsang,<br>    Debtor,<br>_____<br>Select Portfolio Servicing, Inc. as servicing agent for ABS Loan Trust VI,<br>    Secured Creditor,<br>vs.<br>Miranda Tsang,<br>    Debtor / Respondent,<br>and<br>SCOTT F. WATERMAN,<br>    Trustee / Respondent. | Chapter 13<br><br>Case No.: 20-13636-amc |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY**

AND NOW, this  20th  day of  October , 2023, it is hereby

**ORDERED** that Select Portfolio Servicing, Inc. as servicing agent for ABS Loan Trust VI is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 to permit Secured Creditor, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 1617 Hampton Rd, Havertown, PA 19083;

**ORDERED** that Secured Creditor shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

BY THE COURT:

_____
Hon. Ashely M. Chan, U.S.B.J.

cc: Roger Fay, Esquire
   Robert Neil Braverman, Esquire
   SCOTT F. WATERMAN, Trustee
   Miranda Tsang