United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Miranda Tsang  
    Debtor

Case No. 20-13636-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 25, 2023      Form ID: pdf900      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Miranda Tsang, 1617 Hampton Road, Havertown, PA 19083-2505 |
| 14570705 | #+ | ABS Loan Trust VI, c/o ANDREW M. LUBIN, Milstead & Associates, 1 East Stow Road, Marlton, NJ 08053-3118 |
| 14570476 | #+ | ABS Loan Trust VI, c/o Andrew M. Lubin, Esquire, Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14536359 | + | Main Line Health, Attn: Bankruptcy Dept, 130 South Bryn Mawr Ave, Bryn Mawr, PA 19010-3121 |
| 14536360 | | Main Line Health, Attn: Bankruptcy Dept, PO Box 780163, Philadelphia, PA 19178-0163 |
| 14536361 | + | McDowell Law, PC, 46 West Main St., Maple Shade, NJ 08052-2432 |
| 14536363 | | Pennsylvania Department of Revenue, PO Box 281041, Harrisburg, PA 17128-1041 |
| 14536365 | | Radiology Associates of the Main Line, PO Box 678678, Dallas, TX 75267-8678 |
| 14536663 | + | Robert N. Braverman, Esquire, McDowell Law, PC, 46 West Main Street, Maple Shade, NJ 08052-2432 |
| 14536367 | + | Shapiro & DeNardo, LLC, Attn: Morris A. Scott, Esq., 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14536370 | + | Township of Haverford, Attn: Tax Office, 1014 Darby Rd., Havertown, PA 19083-3616 |
| 14560046 | + | U.S. Bank Trust National Association et al..., c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 26 2023 00:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2023 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: duffyk@co.delaware.pa.us | Oct 26 2023 00:33:00 | Delaware County Tax Claim Bureau, 201 W. Front Street, Media, PA 19063-2768 |
| 14671117 | ^ | MEBN | Oct 26 2023 00:21:38 | ABS Loan Trust VI, c/o STEVEN K. EISENBERG, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14539133 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 26 2023 00:33:00 | ABS Loan Trust VI, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14536354 | | Email/Text: ebn@americollect.com | Oct 26 2023 00:33:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 14536355 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2023 00:35:22 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |

Case 20-13636-amc   Doc 154   Filed 10/27/23   Entered 10/28/23 00:33:39   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 25, 2023 | Form ID: pdf900 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| 14536356 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 26 2023 00:36:53 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14567491 | + | Email/Text: steve@bottiglierilaw.com | Oct 26 2023 00:33:00 | Delaware County Tax Claim Bureau, c/o STEPHEN VINCENT BOTTIGLIERI, 66 Euclid Street, Suite C, Woodbury, NJ 08096-4626 |
| 14536357 | + | Email/Text: duffyk@co.delaware.pa.us | Oct 26 2023 00:33:00 | Delaware County Treasurer, 201 West Front St., Media, PA 19063-2797 |
| 14536358 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2023 00:33:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14545904 | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 26 2023 00:33:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14545288 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 26 2023 00:36:23 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14536362 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 26 2023 00:36:17 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14539088 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2023 00:36:27 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14536366 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 26 2023 00:33:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14536368 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 26 2023 00:33:00 | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |
| 14536369 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:35:15 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14536371 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 26 2023 00:33:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 14547165 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 26 2023 00:33:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14561429 | ^ | MEBN | Oct 26 2023 00:21:18 | US Bank Trust National Association, Not In Its Ind, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14536364 | ##+ | ProCo, P.O. Box 2462, Aston, PA 19014-0462 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 25, 2023 | Form ID: pdf900 | Total Noticed: 33 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 27, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:

**Name**        **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor US Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor U.S. Bank Trust National Association et al... bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

DANIEL P. JONES
on behalf of Creditor ABS Loan Trust VI djones@sterneisenberg.com  bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
on behalf of Creditor US Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust bkgroup@kmllawgroup.com

KERI P EBECK
on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com

ROBERT NEIL BRAVERMAN
on behalf of Debtor Miranda Tsang rbraverman@mcdowelllegal.com kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

ROGER FAY
on behalf of Creditor Select Portfolio Servicing  Inc. as servicing agent for ABS Loan Trust VI rfay@alaw.net, bkecf@milsteadlaw.com

ROGER FAY
on behalf of Creditor ABS Loan Trust VI rfay@alaw.net  bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

STEPHEN VINCENT BOTTIGLIERI
on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

STEVEN K. EISENBERG
on behalf of Creditor ABS Loan Trust VI seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Miranda Tsang

    Debtor

Chapter 13

Bankruptcy No. 20-13636-AMC

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: October 25, 2023

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE